No. 14-1158

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

MiTile Ltd.

Plaintiff-Appellee

v.

Hasbro, Inc.

Defendant-Appellant

On Appeal from the United States District Court
For the Eastern District of Virginia
No. 1:13-cv-00451-GBL-TCB
Honorable Gerald Bruce Lee

**MOTION TO WITHDRAW APPEAL**

Under Federal Circuit Rule 42 and the applicable Practice Notes, Defendant-Appellant Hasbro, Inc. moves to withdraw this appeal with each party bearing its own costs.

Dated: June 2, 2014					Respectfully submitted,

/s/ Joshua C. Krumholz
Joshua C. Krumholz
Email: joshua.krumholz@hklaw.com
Jacob W.S. Schneider
Email: jacob.schneider@hklaw.com
Mark Goracke
Email: mark.goracke@hklaw.com
Holland & Knight LLP
10 St. James Avenue
Boston, MA  02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850

Christopher M. Scott
Email: christopher.m.scott@hklaw.com
Holland & Knight, LLP
31 West 52nd Street
New York, NY 10019

*Attorneys for Defendant /Appellant Hasbro, Inc.*